JOHN L. SCHUEY, Respondent, *v.* ABRAHAM H. GARSON et al.,
Appellants.

*Schuey* v. *Garson*, 21 App. Div. 634, affirmed.
(Argued November 21, 1900; decided December 7, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
October 26, 1897, affirming a judgment in favor of plaintiff
entered upon a verdict, and an order denying a motion for a
new trial.

*James Breck Perkins* and *David Hays* for appellants.

*Joseph W. Taylor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
MARTIN, VANN and LANDON, JJ.

---

JAY C. COLONEY, Appellant, *v.* EDWIN FARROW, Respondent.

*Coloney* v. *Farrow*, 22 App. Div. 630, affirmed.
(Argued November 22, 1900; decided December 7, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
November 29, 1897, affirming a judgment in favor of defend-
ant entered upon a verdict, and an order denying a motion for
a new trial.

*T. F. Hamilton* for appellant.

*Edgar T. Brackett,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
MARTIN and VANN, JJ.   Not sitting: LANDON, J.